IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AUDRA L. HOGAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:16-CV-00863 |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Attorney's Motion for an Award of Attorney Fees under 42 U.S.C. § 406(b). (Doc. 14). Plaintiff's Attorney seeks $20,979.15. Section 206(b)(1)(A) of the Social Security Act, 42 U.S.C. § 406(b)(1)(A), provides that a court may award a "reasonable" attorney fee not in excess of 25% of past-due benefits under Title II of the Social Security Act for an attorney's representation of a plaintiff for Title II benefits before that court. In *Gisbrecht v. Barnhart*, 535 U.S. 789, 122 S. Ct. 1817 (2002), the Supreme Court set forth the method for calculating a "reasonable" 42 U.S.C. § 406(b) fee. Plaintiff's Attorney asserts and demonstrates that their request is consistent with *Gisbrecht.*

Plaintiff received an award of $62,937.45, which represents her share of the past due benefits after withholding $20,979.15 for attorney fees. Plaintiff's Attorney's request is thus consistent with *Gisbrecht*. The Government does not oppose this request. Therefore, Plaintiff's Attorney's Motion is **GRANTED**, and it is **ORDERED** that Plaintiff's Attorney is awarded $20,979.15.

**IT IS SO ORDERED.**

Dated: March 22, 2021     _/s/ Douglas Harpool_
                          **DOUGLAS HARPOOL**
                          **United States District Judge**